## L. E. Kahn and M. F. Dresdner, Appellees, v. Annie Loeffler, Individually and Trustee Under Last Will and Testament of Adolph Loeffler, Deceased, Appellant.

### Gen. No. 44,834.

George D. Sullivan, for appellant; Austin J. Rigney and Edward J. Hess, of counsel; Cummings & Wyman, and Landis & Landis, for appellees; Austin L. Wyman, Maxwell Landis, and Kurt W. Teuthorn, of counsel. Opinion by Presiding Justice Tuohy. Not to be published in full. Opinion filed January 23, 1950; released for publication February 3, 1950.

